CRIMINAL CAUSE FOR SENTENCING

BEFORE: WEINSTEIN, J          DATE: 6/11/15          TIME: 10 am

DOCKET NUMBER: CR 13-173          DEFT. NUMBER: _____

DEFENDANT: Darrell Washington
_____ Present   _____ Not Present ✓   _____ In Custody   _____ On Bail

ATTORNEY FOR DEFT.: Lisa Hoyes, Douglas Morris
_____ C.J.A.   ✓ Retained   _____ Legal Aid/PD

ASST. U.S. ATTORNEY: Erik Paulsen

COURTROOM DEPUTY: JUNE P. LOWE          INTERPRETER: _____
Ext. 2525

COURT REPORTER/ESR OPERATOR: C. Heading

TAPE NUMBER: _____

SENTENCE: _____
Evidentiary hearing is scheduled
for 8/3/15 at 10:30 am

DEFT. SENTENCED ON COUNTS: _____

OPEN COUNTS DISMISSED: _____ On Govt's Motion,   _____ On Ct's Mot.

FINE: _____          SPECIAL ASSESSMENT: _____

SPECIAL CONDITIONS OF SUPERVISION: _____
_____
_____
_____

IS SENTENCE STAYED? ____ Yes     STAYED UNTIL: _____
                     ____ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]