# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

August 4, 2015

**By ECF**
The Honorable Jack B. Weinstein
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   **United States v. Darnell Washington, 13-CR-173 (JBW)**

Your Honor:

I will be leaving the Federal Defenders as of August 14, 2015. Deirdre von Dornum is returning to the office as Attorney-in-Charge, and she will represent Mr. Washington and handle the upcoming evidentiary hearing. Ms. von Dornum begins work after Labor Day. We write, with the consent of the government and Mr. Washington, to respectfully request that the hearing be set for a date in early December. This will give Ms. von Dornum sufficient time to get up to speed on a relatively complex case.

We thank the Court for its consideration.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253

cc:   Darnell Washington, Reg. # 82016-053, MDC