*Courtesy Copy*



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 5 2015 ★
BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EDP
F.#2013R00311

*271 Cadman Plaza East, 4th Floor*
*Brooklyn, New York 11201*

June 24, 2015

The Honorable Jack B. Weinstein
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Darnell Washington
Criminal Docket No. 13-CR-173 (JBW)

*Granted. Case coordinator sent ASAP So ordered JBW 7/27/15*

Dear Judge Weinstein:

The government and defense counsel ("the parties") respectfully request a brief adjournment of the hearing scheduled in the above-referenced matter for August 3, 2015, along with related briefing deadlines. Pursuant to the Court's instructions, the parties are endeavoring to produce witnesses responsive to your Honor's inquiry concerning, among other things, issues relating to sexual assaults in prison. The government has been working with the Bureau of Prisons to identify witnesses that can best provide relevant information to this inquiry, but has not yet determined which witness or witnesses it intends to call. Defense counsel has been similarly in touch with relevant amici. With the Court's permission, the parties will follow up with an additional letter requesting a new hearing date once the roster of witnesses is determined.

Respectfully submitted,

KELLY T. CURRIE
Acting United States Attorney

By:     /s/
Erik D. Paulsen
Assistant U.S. Attorney
(718) 254-6135

Enclosures
Cc: Lisa Hoyes, Esq. (by ECF)
    Douglas Morris, Esq. (by ECF)