UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

DARNELL WASHINGTON,

           Defendant.

**ORDER**

13-CR-0173

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 10 2015 ★
BROOKLYN OFFICE

Counsel are ordered to appear for a status conference on Thursday, August 13, 2015, at 10:00 a.m., prepared to discuss the administration of this case. It must be expedited. Defendant is ordered to be present at the hearing.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:  August 10, 2015
         Brooklyn, New York

