OTSC

## CRIMINAL CAUSE FOR ~~PRETRIAL/MOTION CONFERENCE~~

BEFORE JUDGE **WEINSTEIN** DATE: **1/29/16** TIME **10 a.m.**

DOCKET NUMBER: **CR 13-173** TITLE **U.S.A. -v- Washington**

DEFT. NAME: **Darrell Washington** DEFT. # ✓

✓ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: **S. Jacobson / D. Van Derwurm**

✓ Present ___ Not Present

DEFT. NAME: _____ DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____ DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____ DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____ DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

ASST. U.S. ATTORNEY **E. Paulsen** DEPUTY CLERK: **JUNE LOWE**

COURT REPORTER **V. Butler** ESR REPORTER _____

INTERPRETER _____ OTHER _____

<u>Docket Clerks:</u> Enter all information under CALCALLAH, then enter other vital events names as needed.

✓ Case called.

_____ PTC Held. _____ PTC ADJOURNED TO _____ at _____

_____ Pretrial Order signed.

_____ MOTION CONFERENCE held on ___deft's_____

motion ~~to~~/for ___DTSC_____

Arguments heard

  _____ Motion granted.  (MOTGR___)

  _____ Motion denied.  (MOTDN___)

  _____ Decision RESERVED.

  __✓____ Decision ENTERED ON THE RECORD.

  _____ Hearing adjourned to _____

_____

_____

_____

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____ Start Date:_____

       Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: _____

_____

_____

_____

_____

_____