# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 15, 2016

<u>By ECF and Electronic Mail</u>
The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>United States v. Washington</u>, 13-CR-173 (JBW)

Dear Judge Weinstein:

 I write to request, with the consent of the government, that the parties' briefs, including responses to the Court's April 8, 2016 order posing two additional questions, be filed on or before April 22, 2016.

 Thank you for your consideration of this request.

              Respectfully Submitted,

               /s/
              Samuel Jacobson
              (718) 407-7429

cc: AUSA Erik Paulsen (via ECF)
   Mr. Washington (via Mail) (MDC)