UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST BROOKLYN NEW YORK 11201

July 18, 2017

Scott Rendelman #24628-037
FCI P.O. Box 33
Terre Haute IN 47808

Dear Mr. Rendelman,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 24 2017 ★

BROOKLYN OFFICE

    Your letter filed on June 22, 2017 was reviewed by the Honorable Judge Weinstein and indicated that the Court has no jurisdiction over this matter. If you have, any questions please feel free to contact the Pro Se Office at (718) 613-2665.

Sincerely,

Pro Se Office

Enclosed